UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

In Re:                                                     Chapter 13

MICHAEL TREJO,                       Case No. 08-B-12439

                                 Debtors,
-----------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

      CLAIMANT(s)' NAME &
      <u>LAST KNOWN ADDRESS</u>                                  <u>AMOUNT OF DIVIDEND</u>

      Pra Receivables                                           $108.93
      PO Box 12914
      Norfolk, VA 23541


   Trustee's check to your order in the sum of $108.93 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
         April 19, 2011

                                                              Respectfully submitted,
                                                              */s/ Jeffrey L. Sapir*
                                                              JEFFREY L. SAPIR
                                                              Standing Chapter 13 Trustee