UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                          Chapter 13

MICHAEL TREJO,                                                  Case No. 08-B-12439

                               Debtors,
------------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Pra Receivables<br>PO Box 12914<br>Norfolk, VA 23541 | $108.92 |

   Trustee's check to your order in the sum of $108.92 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
         April 19, 2011

                                                Respectfully submitted,
                                                */s/ Jeffrey L. Sapir*
                                                JEFFREY L. SAPIR
                                                Standing Chapter 13 Trustee